```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 18950
   CARL M EZELL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-3002


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/15/2007 and was confirmed 02/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/28/2009.
------------------------------------------------------------------------------
                                                      INTEREST       PRINCIPAL
CREDITOR NAME              CLASS        CLAIM AMOUNT    PAID           PAID
------------------------------------------------------------------------------
ACC CONSUMER FINANCE     SECURED VEHIC    7000.00      488.01         3199.75
ARROW FINANCIAL SERVICES NOTICE ONLY     NOT FILED        .00             .00
AGD FINANCIAL            UNSECURED       NOT FILED        .00             .00
ARONSON FURNITURE        UNSECURED       NOT FILED        .00             .00
ARONSON FURNITURE        NOTICE ONLY     NOT FILED        .00             .00
BRONZEVILLE REHAB CENTER UNSECURED       NOT FILED        .00             .00
CHRIST HOSPITAL          UNSECURED       NOT FILED        .00             .00
CINGULAR                 UNSECURED       NOT FILED        .00             .00
CINGULAR WIRELESS        UNSECURED       NOT FILED        .00             .00
CITY OF CHICAGO PARKING  UNSECURED       NOT FILED        .00             .00
COMCAST                  UNSECURED       NOT FILED        .00             .00
CACH                     UNSECURED       NOT FILED        .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED         777.02         .00           77.70
ILLINOIS DEPT OF HUMAN S UNSECURED       NOT FILED        .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED         364.35         .00           36.44
B-REAL LLC               UNSECURED         509.00         .00           50.90
MERCURY FINANCE          NOTICE ONLY     NOT FILED        .00             .00
PEOPLES GAS LIGHT & COKE NOTICE ONLY     NOT FILED        .00             .00
PROVIDIAN VISA           NOTICE ONLY     NOT FILED        .00             .00
ASSET ACCEPTANCE LLC     UNSECURED         960.14         .00           96.01
SBC ILLINOIS             UNSECURED       NOT FILED        .00             .00
SOUTH SHORE EMERGENCY PH UNSECURED         187.00         .00           18.70
PREMIER CREDIT CORP      UNSECURED       NOT FILED        .00             .00
SOUTH SHORE RADIOLOGY    UNSECURED       NOT FILED        .00             .00
TCF BANK                 UNSECURED       NOT FILED        .00             .00
US ATTORNEYS OFFICE      NOTICE ONLY     NOT FILED        .00             .00
US DEPT OF JUSTICE CENTE UNSECURED       NOT FILED        .00             .00
WOW INTERNET & CABLE SER UNSECURED       NOT FILED        .00             .00
ASSET ACCEPTANCE LLC     UNSECURED         487.00         .00           48.70
ACC CONSUMER FINANCE     UNSECURED        1318.97         .00          131.90
RJM ACQUISITIONS         UNSECURED         148.91         .00           14.89
ILLINOIS DEPT OF REVENUE UNSECURED            .00         .00             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 18950 CARL M EZELL
```

```
STEFANS STEFANS & STEFAN  DEBTOR ATTY              .00                          .00
TOM VAUGHN                TRUTEE                                             337.00
DEBTOR REFUND             REFUND                                                .00
```

Summary of Receipts and Disbursements:
```
------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   4,500.00

PRIORITY                                                  .00
SECURED                                              3,199.75
    INTEREST                                           488.01
UNSECURED                                              475.24
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                   337.00
DEBTOR REFUND                                             .00
                        ---------------        ---------------
TOTALS                    4,500.00               4,500.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE